UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACQUELINE STEPHENS ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-2433 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "K"(2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge granting the State of Louisiana's Motion for Leave to Intervene, and the failure of any party to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Clerk is hereby authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of $7,639.22 plus 63.7% of the interest earned, payable to Louisiana Division of Administration - DRU (Tax ID#72-6000720) at P.O. Box 94095 Baton Rouge, LA 70804-9095, and mail or deliver the check (or checks) to Louisiana Division of Administration - DRU at P.O. Box 94095 Baton Rouge, LA 70804-9095.

**IT IS FURTHER ORDERED** that the Clerk is further authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of $1,360.78 plus 11.3% of the interest earned, less the assessment fee for the administration of funds, payable to Jacqueline Stephens and mail or deliver the check (or checks) to Jacqueline Stephens at P.O. Box 13883, New Orleans, LA 70185-3883.

**IT IS FURTHER ORDERED** that the Clerk is further authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of $3,000.00 plus 25% of the interest earned, payable to The Law Office of Joseph M. Bruno at 855 Baronne St., New Orleans, LA 70113 and mail or deliver the check (or checks) to The Law Office of Joseph M. Bruno at 855 Baronne St., New Orleans, LA 70113.

New Orleans, Louisiana, this 29th day of March, 2010.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE